DOA: 7/2/2023
MJ-23-04149-001-PCT-CDB

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E 1931451 | L. Box | 584 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 07/02/2023  0019 | 36 CFR 2.32(a)(1) |

Place of Offense: 20 Supai, Grand Canyon, AZ

Offense Description: Factual Basis for Charge — HAZMAT ☐

Interfere, Resisting

### DEFENDANT INFORMATION

Phone: (928)

| Last Name | First Name | M.I. |
|---|---|---|
| Siyuja | Jennifer | L |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Grand Canyon | AZ | 86023 | __/__/1980 |

Drivers License No. — CDL ☐ — D.L. State: AZ — Social Security No.

☒ Adult ☐ Juvenile   Sex ☐ Male ☒ Female   Hair BLK   Eyes BRN   Height 5-0   Weight 230

VEHICLE   VIN:   CMV ☐

Tag No. | State | Year | Make/Model | PASS ☐ | Color

### APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 

Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

*E1931451*

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E 1931453 | L. Box | 584 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/02/2023 0019
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 2.32 (a)(2)

Place of Offense: 20 Supai Camp, Grand Canyon, AZ

Offense Description: Factual Basis for Charge: Fail to obey lawful order

HAZMAT ☐

### DEFENDANT INFORMATION
Phone: (928)

Last Name: Siyuja
First Name: Jennifer
M.I.: L

Street Address:

City: Grand Canyon
State: AZ
Zip Code: 86023
Date of Birth (mm/dd/yyyy): __/__/1980

Drivers License No.: [redacted]   CDL ☐   D.L. State: AZ   Social Security No.:

☒ Adult   ☐ Juvenile   Sex ☐ Male ☒ Female
Hair: BLK   Eyes: BRN   Height: 5-0   Weight: 230

### VEHICLE   VIN:   CMV ☐
| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →   $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date:
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy



# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E 1931455 | L. Box | 584 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/02/2023  0019
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code
36 CFR 2.34(a)(3) 2.34(a)(2)

Place of Offense: 20 Supai Camp, Grand Canyon, AZ

Offense Description: Factual Basis for Charge:
Disorderly Conduct, Unreasonable noise
Fighting/Threatening/Violent Behavior

HAZMAT ☐

### DEFENDANT INFORMATION
Phone: (928)

Last Name: Siyuja
First Name: Jennifer
M.I.: L

Street Address: [redacted]

City: Grand Canyon
State: AZ
Zip Code: 86023
Date of Birth (mm/dd/yyyy): 1980

Drivers License No.: [redacted]  CDL ☐  D.L. State: AZ
Social Security No.: [redacted]

☒ Adult  ☐ Juvenile   Sex ☐ Male ☒ Female   Hair: BLK   Eyes: BRN   Height: 5-0   Weight: 230

### VEHICLE   VIN:
Tag No. | State | Year | Make/Model | PASS ☐ | Color

---

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →   $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy



# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E 1931457 | L. Box | 584 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/02/2023 0019
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 2.32 (a)(3)

Place of Offense: 20 SUPAI CAMP, GRAND CANYON AZ

Offense Description: Factual Basis for Charge — HAZMAT ☐

FALSE INFORMATION: KNOWINGLY GIVING A FALSE OR FICTITIOUS REPORT OR INFORMATION TO AN AUTHORIZED PERSON INVESTIGATING A VIOLATION OF LAW

### DEFENDANT INFORMATION
Phone: (928)

Last Name: SIYUJA
First Name: JENNIFER
M.I.: L

Street Address: 20 SUPAI CAMP
City: GRAND CANYON
State: AZ
Zip Code: 86023
Date of Birth (mm/dd/yyyy): 1980

Drivers License No.: [redacted]
CDL ☐
D.L. State: AZ
Social Security No.: [redacted]

☒ Adult ☐ Juvenile    Sex ☐ Male ☒ Female
Hair: BLK    Eyes: BRN    Height: 5'0"    Weight: 230

### VEHICLE    VIN:    CMV ☐
Tag No. | State | Year | Make/Model | PASS ☐ | Color

---

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy



# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E1808829 | L. BOX | 584 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/02/2023 0019
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code
36 CFR 2.32 (a)(3)

Place of Offense: 20 SUPAI CAMP

Offense Description: Factual Basis for Charge    HAZMAT ☐

FALSE INFORMATION

### DEFENDANT INFORMATION

Phone: (928)

| Last Name | First Name | M.I. |
|---|---|---|
| SIYUJA | JENNIFER | L |

Street Address: 20 SUPAI CAMP

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| GRAND CANYON | AZ | 86023 | 1980 |

Drivers License No.: ___  CDL ☐  D.L. State: AZ   Social Security No.: ___

☒ Adult  ☐ Juvenile    Sex: ☐ Male  ☒ Female    Hair: BLK    Eyes: BRO    Height: 5'0"    Weight: 230

### VEHICLE   VIN: ___   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

### APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ ___ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: IN CUSTODY ARREST

Original - CVB Copy

*E1808829*

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E1808831 | L. Box | 584 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/02/2023 0019

Offense Charged: ☐ CFR ☒ USC ☐ State Code

18 USC TITLE 13
ARS 13-3614

Place of Offense: 20 SUPAI CAMP

Offense Description: Factual Basis for Charge  HAZMAT ☐

PERMITTING LIFE, HEALTH BY NEGLECT IMMORAL ASSOCIATION

### DEFENDANT INFORMATION    Phone: (928)

Last Name: SIYUJA
First Name: JENNIFER
M.I.: L.

Street Address: 20 SUPAI CAMP
City: GRAND CANYON
State: AZ
Zip Code: 86023
Date of Birth (mm/dd/yyyy): __/__/1980

Drivers License No.: [illegible]   CDL ☐   D.L. State: AZ   Social Security No.: [illegible]

☒ Adult ☐ Juvenile    Sex: ☐ Male ☒ Female    Hair: BLK    Eyes: BRO    Height: 5'0"    Weight: 230

### VEHICLE    VIN:                                           CMV ☐

Tag No.: ___    State: ___    Year: ___    Make/Model: ___    PASS ☐    Color: ___

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →   $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ___    Date: ___
                     Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: IN CUSTODY ARREST

Original - CVB Copy

*E1808831*

## STATEMENT OF PROBABLE CAUSE

I, Ranger Lucas Box, a sworn law enforcement officer for the National Park Service, state that the following incident occurred with the confines of the Grand Canyon National Park (South Rim), in the District of Arizona:

1. On 07/2/2023, at approximately 0019 hours, I was on uniformed patrol within the boundaries of Grand Canyon National Park. I was dispatched by the Grand Canyon National Park (GRCA) dispatch to an address in Supai Camp Loop for a report of domestic violence in progress between a man and a woman. The participants of the domestic dispute were later identified as Jennifer SIYUJA and Justin JONES. Other rangers were also dispatched. Eventually, a total of four NPS rangers, two NPS special agents, and two Coconino County deputies responded to and/or assisted with this incident.
2. The reporting party was a 11-year-old female, referred to herein as Jane Doe 1, whose parents are SIYUJA and JONES. Jane Doe 1 first reported to GRCA dispatch that the incident was verbal. While enroute to Supai Camp, GRCA dispatch reported to responding officers that Jane Doe 1 had said that the incident had turned physical.
3. Ranger R. Cueva and I arrived on scene at approximately 0025 hours and announced our presence. A juvenile male opened the front door. Once the door opened, SIYUJA was behind the juvenile male. I was able to look inside the house and saw at least three juveniles close to the front door, and I saw JONES standing approximately 15 feet from us facing the front door. JONES did not approach the front door at that time.
4. Ranger Cueva and I ordered SIYUJA to exit the house, but she would not comply with our orders. She stood at the doorway and would not exit. When Ranger R. Cueva and I tried to physically remove SIYUJA from the doorway by grabbing her arms, she tensed her arms and pulled away. She quickly yanked her hands away from us and began yelling profanities at us. SIYUJA repetitively yelled something to the effect of, "Fuck you motherfuckers, I have rights," and "I'm not coming outside." She then slammed shut and locked the front door.
5. Ranger Cueva and I attempted to recontact SIYUJA and JONES by speaking through the door and a window. We told them that they needed to open the door so that we could make sure that the children inside were safe. At this point Supervisory Ranger P. Riese and Ranger A. Sprutta arrived on scene. Supervisory Ranger P. Riese announced multiple times that we were the police, and that JONES and SIYUJA needed to exit the house. He also told them through the door that we wanted to check on the kids.
6. We stayed at the residence because of the urgent nature of the report (i.e., a physical domestic dispute), the presence of the children, the late hour, and our knowledge of prior domestic violence history between SIYUJA and JONES.
7. After approximately 45 minutes, SIYUJA began talking loudly to Ranger Cueva from behind the front door. Ranger Cueva told SIYUJA that we knew JONES was on probation, and that refusing to open the door and talk with us was going to complicate his probation. SIYUJA denied that there was an adult male in the house named JONES. While Ranger Cueva was talking with SIYUJA, she repeatedly cut him off and intermittently said "fuck you" to him. SIYUJA said that JONES was her 13-year-old son, and that there were no adult males in the house. We told SIYUJA that we had seen JONES

in the house, and she continued to state that JONES was her young son. It should be noted that at no time did myself or any of the other rangers on scene see JONES exit the house, as we were covering all the exits.

8. NPS Special Agent (SA) Phil Oakes arrived on scene at approximately 0145 hours, and he spoke with SIYUJA through the front door. SA Oakes told SIYUJA that she and JONES needed to exit the house or that we would be making entry.

9. We eventually forced entry into the house with a battering ram based upon the exigent circumstances, including the need to check the welfare of the children and occupants of the residence after a 9-1-1 call for domestic violence. We forced entry at approximately 0147 hours and after the standoff had lasted about one hour and thirty minutes.

10. Once in the house, NPS rangers observed numerous people, including SIYUJA and four juveniles, sitting on the couch in a dimly lit room. SIYUJA was yelling and had a phone in her hand. Rangers ordered SIYUJA to the ground, and she refused. SIYUJA stated something to the effect of, "I'm not going on the ground." Ranger Sprutta attempted to remove a 6-year-old female juvenile from the couch in order to detain SIYUJA. To this, SIYUJA stood up suddenly from the couch and pushed Ranger Sprutta away forcefully with both of her hands while yelling "No! She's a minor! Bitch!" Ranger Sprutta attempted to control SIYUJA's movements by holding her right arm and shoulder with his hands, but lost his grip as she pulled away and then swung her right arm quickly and forcefully at Ranger Sprutta. At this point, Ranger Sprutta got bit by a dog that was in the house and he sustained an injury to his right thigh by the dog. Ranger Cueva then assisted Ranger Sprutta in detaining SIYUJA.

11. I began clearing the house with Supervisory Ranger P. Riese and SA Oakes. SA P. Oakes announced that we were the police and ordered JONES that he needed to come out. JONES did not answer us and did not come out from hiding.

12. We then began clearing the laundry room. I saw a large pile of clothing to the left side the washer. In the pile I observed a patch of bare skin. JONES had the clothing placed on top of him to hide from us. I ordered JONES multiple times to show me his hands and that I saw him. JONES did not move.

13. I began taking clothing off the pile and exposed JONES' body. I again ordered him to show me his hands. He responded by showing me both his middle fingers (i.e., which I understood to be a derogative gesture). I ordered JONES to stand up and come out to the living area. He eventually came out but did not comply with further commands. I ordered him to turn around to face away from me, but he did not. When I ordered JONES to turn around in the living room, JONES instead just stopped and did not move. I reached out to grab his arm to turn him around, and he physically resisted me by jerking his arm away from me.

14. SA Oakes and I grabbed JONES. He continued to resist by tensing up and pulling away. SA Oakes and I then took JONES to the ground. JONES continued to resist while I was trying to handcuff him. He was trying to roll over to face us. At this point, JONES' left hand started grabbing at SA Oakes belt near his service weapon. SA Oakes continued to push JONES' head onto the floor with his right forearm, and SA Oakes controlled JONES' left hand. SA Oakes was then able to place JONES' left hand in handcuffs.

15. SIYUJA and JONES were placed under arrest and removed from the residence at approximately 0155 hours. They were later transported to the Coconino County Detention Center in Flagstaff, Arizona. The children in the house were taken into protective custody, and Arizona Department of Child Safety was notified. The dogs in the residence were chained up outside so that Coconino County Animal Control could secure them because at least one of the dogs bit a ranger. It is unknown whether the dog(s) had rabies shots.

16. When JONES was transferred from my patrol vehicle to a Coconino County Sheriff's Deputy vehicle for transport to Flagstaff Detention Center, JONES stated to the deputy something to the effect of, "I'm going to stab you."

17. The children, including Jane Doe 1, were later interviewed by SA Abby Confer. Jane Doe 1 stated that her parents were drunk and got in a physical fight. Jane Doe 1 immediately corrected herself and said the fight was not physical, it was a verbal fight. Jane Doe 1 stated that her mom's phone was broken, so she asked Jane Doe 1 to call 911. Jane Doe 1 called 911 and reported the fight between her parents.

18. It should be noted that all the children, whose ages ranged from 6 to 15, were up when we forced entry. Additionally, Jane Doe 1 and a juvenile male were apparently up and awake upon our arrival at 0019 hours. Based on my training and experience, it is unusual to have children up at this time (absent something being wrong).

19. It should be noted that all children appeared and smelled as if they had not been bathed. The home was unkempt and smelled unsanitary. It is a two-bedroom home. One bedroom appeared to be designated for SIYUJA and JONES. The juvenile's bedroom had three mattresses (not enough for four juveniles).

20. SA Abby Confer attempted to talk with SIYUJA while SIYUJA was in the patrol car. SA Confer attempted to introduce herself, but SIYUJA was not interested in talking about the events prompting the 911 call or what occurred prior to the arrival of the rangers. SIYUJA only wanted to talk about how the rangers treated her poorly that night. SIYUJA continuously referred to SA Confer as a "bitch" and a "white bitch" and continuously interrupted her by talking loudly and yelling. In a moment of calm, SIYUJA stated that JONES broke her phone that night and she was not able to call 911, so she asked her daughter (Jane Doe 1) to call 911. SIYUJA stated that JONES did not physically harm her. While talking to SIYUJA, SA Confer noted the strong odor of an alcoholic beverage coming from SIYUJA.

21. SA Oakes and SA Confer attempted to interview JONES. SA Oakes asked JONES if he would talk to him, and JONES declined using profanities. SA Oakes later asked JONES if he would submit to a portable breath test (PBT). JONES declined and called SA Oakes a "faggot" and told SA Oakes that he could perform oral sex on him.

22. Based on prior information, it is believed that SIYUJA and JONES are married and reside together in this residence in Supai Camp. They have four children.

23. SIYUJA was cited for disorderly conduct (unreasonable noise), making a false statement (i.e., lying about JONES not being in the house), failure to obey lawful orders, interference in an investigation, and endangering the welfare of minors.

24. JONES was cited for disorderly conduct (unreasonable noise), failure to obey lawful orders, interference, and endangering the welfare of minors.

The foregoing statement is based upon (check all that apply):

__X__ My personal observations

__X__ My personal investigation

__X__ Information supplied to me from my fellow officer's observations.

__X__ Investigation conducted by a fellow officer.

_____ Other (explain above)

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to best of my knowledge.**

Executed on: __07/02/2023__                                    __#584__
                  Date (mm/dd/yyyy)                    Officer's Signature/Badge Number

Probable cause has been stated for the issuance of a warrant.

Executed on: _____                    Camille D Bibles
                  Date (mm/dd/yyyy)                    U.S. Magistrate Judge

Digitally signed by Camille D Bibles
Date: 2023.07.02 19:19:07 -07'00'

4